AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

U.S. MARSHAL -DC PM4:31
RECEIVED MAR 22 '24

| United States of America | ) |
|---|---|
| v. | ) Case: 1:24-mj-00108 |
| ANGELO MARK | ) Assigned To : Harvey, G. Michael |
|  | ) Assign. Date : 3/22/2024 |
|  | ) Description: Complaint W/ Arrest Warrant |
| *Defendant* | ) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   **ANGELO MARK**,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. § 841(a)(1) and § 841(b)(1)(C) - Unlawful Possession with Intent to Distribute Fentanyl;
18 U.S.C. § 924(c)(1) - Using, Carrying, and Possessing a Firearm in Furtherance of a Drug Trafficking Offense;

Date:   03/22/2024

*Issuing officer's signature*

City and state:   WASHINGTON, DC       G. MICHAEL HARVEY, U.S. MAGISTRATE JUDGE
*Printed name and title*

### Return

This warrant was received on *(date)* 3/22/2024, and the person was arrested on *(date)* 3/25/2024
at *(city and state)* Washington D.C.

Date: 3/25/2024

*Arresting officer's signature*

Kayleen Bretz Deputy United States Marshal
*Printed name and title*